DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCISCO OMANA** and **MERCEDES OMANA,**
Appellants,

v.

**PEMBROKE LAKES MALL, LLC.,**
Appellee.

No. 4D2025-0079

[December 10, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE23-014335.

Francisco Omana, Pembroke Pines, pro se.

Edwynne P. Murphy of McKenna, McCausland & Murphy, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***